# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST
## FILED UNDER SEAL

|  |  |
|---|---|
| MUNILLA CONSTRUCTION MANAGEMENT, LLC, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | Case No. **1:17-cv-00649-EDK** Judge **Elaine D. Kaplan** |

## NOTICE OF DISMSSAL PURSUANT TO RULE 41(a)

Plaintiff Munilla Construction Management, LLC ("MCM") hereby dismisses this action pursuant to R.C.F.C. No. 41(a)(1)(A) and hereby provides notice of the dismissal of this action as moot since the Navy has terminated the contract which is the subject of this action. Each Party shall bear its own costs. I have coordinated this Notice with the Government who I am informed concurs in this request. MCM greatly appreciates the prompt consideration of this action by this Court. Please let me know if any additional actions need to be undertaken in order to conclude this litigation.

Respectfully submitted this 5th day of June, 2017.

    SMITH, CURRIE & HANCOCK LLP

    s/ Karl Frederick Dix
    Karl Frederick Dix
    2700 Marquis One Tower
    245 Peachtree Center Ave., NE
    Atlanta, GA 30303-1227
    Phone: (404) 582-8038

Fax: (404) 688-0671
Email: kfdix@smithcurrie.com

*COUNSEL FOR PLAINTIFF*
*MUNILLA CONSTRUCTION MANAGEMENT, LLC*

OF COUNSEL:

Stephen Gregory Joy
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA 30303-1227
Phone: (404) 521-3800
Fax: (404) 688-0671
Email: sgjoy@smithcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2017, I caused to be served via electronic mail, a copy of the foregoing **NOTICE OF DISMSSAL PURSUANT TO RULE 41(a)** on:

>Joshua D. Schnell, Esq.
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>Department of Justice
>P.O. Box 480
>Ben Franklin Station
>Washington, D.C. 20044
>Joshua.D.Schnell@usdoj.gov
>
>Daniel Abrahams, Esq.
>Shlomo D. Katz, Esq.
>Tammy Hopkins, Esq.
>Brown Rudnick LLP
>601 Thirteenth Street NW Suite 600
>Washington, DC 20005
>DAbrahams@brownrudnick.com
>SKatz@brownrudnick.com
>THopkins@brownrudnick.com

>*s/ Karl Frederick Dix*
>Karl Frederick Dix
>Counsel for Plaintiff